In the Matter of WILLIAM J. SCHOTTKE et al., Appellants, against THOMAS W. H. JEACOCK et al., Constituting the Erie County Department of Social Welfare, et al., Respondents.

Argued January 17, 1946; decided March 7, 1946.

*Elmer R. Weil* and *Ralph A. Lehr* for Erie County Department of Social Welfare and others, appellants.

*James O. Moore, Sr.,* for respondents.

Judgment affirmed, without costs. Question certified answered in the negative. No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and MEDALIE, JJ.